Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Select Portfolio Servicing, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNATO DEOCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-01626-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING, INC., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

Plaintiff Fortunato Deocampo ("Plaintiff"), and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. SPS shall have through and including **Wednesday, October 23, 2019** to file a response to Plaintiff's Complaint on file in this matter; and,

2. During the pendency of the referenced extension, SPS shall participate in any conference in furtherance of Fed. R. Civ. P. Rule 26(f) and LR 26-1.

/ / /

/ / /

/ / /

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may continue to discuss the informal resolution of the claims asserted in this case as against SPS.

Dated this 7th day of October, 2019

SMITH LARSEN & WIXOM

/s/ *Kent F. Larsen*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Select Portfolio Servicing, Inc.

Dated this 7th day of October, 2019

KNEPPER & CLARK LLC

/s/ *Shaina R. Plaksin*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
and
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Attorneys for Plaintiff

IT IS SO ORDERED:

DATED: October 7, 2019,

_____
UNITED STATES MAGISTRATE JUDGE

2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2019 a true copy of the foregoing **Stipulation and [Proposed] Order Extending Deadline For Defendant Select Portfolio Servicing, Inc., to File a Response to Plaintiff's Complaint**, was filed and served via the Court's CM/ECF electronic filing system to the following at their last known email addresses:

>David H. Krieger, Esq.
>HAINES & KRIEGER, LLC
>8985 S. Eastern Ave., Suite 350
>Henderson, NV 89123
>Phone: (702) 880-5554
>FAX: (702) 385-5518
>Email: dkrieger@hainesandkrieger.com
>And
>Matthew I. Knepper, Esq.
>Miles N. Clark, Esq.
>Shaina R. Plaksin, Esq.
>KNEPPER & CLARK LLC
>5510 S. Fort Apache Rd., Suite 30
>Las Vegas, NV 89148
>Phone: (702) 825-6060
>FAX: (702) 447-8048
>Email: matthew.knepper@knepperclark.com
>Email: miles.clark@knepperclark.com
>Email: shaina.plaksin@knepperclark.com
>Attorneys for Plaintiff

/s/ *Jana L. Rivard*
an employee of Smith Larsen & Wixom

3