| | |
|---|---|
| 1 | **JENNIFER BERGH** |
| | Nevada Bar No. 14480 |
| 2 | **QUILLING SELANDER LOWNDS** |
| 3 | **WINSLETT & MOSER, P.C.** |
| | 6900 N. Dallas Parkway, Suite 800 |
| 4 | Plano, Texas 75024 |
| | Telephone: (214) 560-5460 |
| 5 | Facsimile: (214) 871-2111 |
| | jbergh@qslwm.com |
| 6 | **COUNSEL FOR TRANS UNION LLC** |
| 7 | |
| | **Designated Attorney for Personal Service** |
| 8 | Trevor Waite, Esq. |
| | Nevada Bar No.: 13779 |
| 9 | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, Nevada 89149 |
| 10 | |



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNATO DEOCAMPO, | Case No. 2:19-cv-01626-JCM-VCF |
| Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| BAYVIEW LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC, | **(SECOND REQUEST)** |
| Defendants. |  |

Plaintiff Fortunato Deocampo ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Second Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 16, 2019, Plaintiff filed his Complaint. On October 8, 2019, Trans Union filed the First Joint Motion Extending Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 30, 2019. The allegations in Plaintiff's complaint date back to December 2016 and relate to one account allegedly reporting on Plaintiff's credit file. Trans

1

Union needs additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff and Trans Union are also exploring the possibility of an early resolution of Plaintiff's claims against Trans Union.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 13, 2019. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 30th day of October 2019.

QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.

/s/ Jennifer Bergh
JENNIFER BERGH
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

HAINES & KRIEGER, LLC AND
KNEPPER & CLARK LLC

/s/ Shaina R. Plaksin
DAVID H. KRIEGER
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 Fax
dkrieger@hainesandkrieger.com
and
MATTHEW I. KNEPPER
Nevada Bar No. 12796
MILES CLARK
Nevada Bar No. 13848
SHAINA R. PLAKSIN
Nevada Bar No. 13935
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
(702) 825-6060
(702) 447-8048 Fax

4051484.1

2

Matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com
Shaina.plaksin@knepperclark.com
***Counsel for Plaintiff***

4051484.1

3

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 31st day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4051484.1

4