JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           OCT 3 1 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNATO DEOCAMPO,<br><br>   Plaintiff,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC;<br>SELECT PORTFOLIO SERVICING, INC.;<br>EQUIFAX INFORMATION SERVICES LLC;<br>and TRANS UNION LLC,<br><br>   Defendants. | Case No. 2:19-cv-01626-JCM-VCF<br><br>**ORDER**<br>STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER<br><br>SECOND REQUEST |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 30, 2019, through and including **November 6, 2019**. The request was made by Equifax, and Plaintiff

. . .

. . .

. . .

1 | approves. This stipulation is filed in good faith and not intended to cause delay.

2 | Respectfully submitted, this 30th day of October, 2019.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

<u>*No opposition*</u>

/s/ Shaina R. Plaksin
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
Shaina R. Plaksin
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 10/31/19

CAM FERENBACH
U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 30th day of October, 2019, via CM/ECF, upon all counsel of record:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com


Matthew I. Knepper, Esq.
Miles N. Clark
Shaina R. Plaksin
Knepper & Clark LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
shaina.plaksin@knepperclark.com

By: /s/ Tanya Bain
An Employee of Clark Hill, PLLC