Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FORTUNATO DEOCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:19-cv-01626-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE**<br><br>Complaint filed: September 16, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above captioned action, with prejudice.

//

//

//

Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated March 3, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**<br><br>/s/ *Jennifer R. Bergh*<br>Jennifer R. Bergh, Esq., SBN 14480<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq., SBN 13779<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant Trans Union LLC* |
|---|---|
| **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq., SBN 12503<br>Email: jthompson@clarkhill.com<br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | **WOLFE & WYMAN LLP**<br><br>/s/ *Racheal A. Ross*<br>Racheal A. Ross, Esq., SBN 14943<br>Email: raross@ww.law<br>*Counsel for Defendant*<br>*Bayview Loan Servicing, LLC* |
| **SMITH LARSEN WIXOM LLP**<br><br>/s/ *Christopher L. Benner*<br>Kent F. Larsen, Esq., SBN 3463<br>Christopher L. Benner, Esq., SBN 8963<br>Email: kfl@slwlaw.com<br>Email: clb@slwlaw.com<br>*Counsel for Defendant*<br>*Select Portfolio Servicing, Inc.* | |

### ORDER GRANTING

### STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED March 5, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430