Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNATO DEOCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:19-cv-01626-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE**<br><br>Complaint filed: September 16, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services LLC, from the above captioned action, with prejudice.

Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated March 23, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>George H. Haines, Esq., SBN 9411<br>Email: ghaines@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq., SBN 12503<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |
|---|---|
| **SMITH LARSEN WIXOM LLP**<br><br>/s/ *Christopher L. Benner*<br>Kent F. Larsen, Esq., SBN 3463<br>Christopher L. Benner, Esq., SBN 8963<br>Email: kfl@slwlaw.com<br>Email: clb@slwlaw.com<br><br>*Counsel for Defendant*<br>*Select Portfolio Servicing, Inc.* | **WOLFE & WYMAN LLP**<br><br>/s/ *Racheal A. Ross*<br>Racheal A. Ross, Esq., SBN 14943<br>Email: raross@ww.law<br><br>*Counsel for Defendant*<br>*Bayview Loan Servicing, LLC* |

## ORDER GRANTING STIPULATION OF DISMISSAL
## OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE

**IT IS SO ORDERED** March 30, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE