Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FORTUNATO DEOCAMPO, <br><br> Plaintiff, <br><br> v. <br><br> BAYVIEW LOAN SERVICING, LLC; and SELECT PORTFOLIO SERVICING, INC., <br><br> Defendants. | Case No. 2:19-cv-01626-JCM-VCF <br><br> **STIPULATION OF DISMISSAL OF BAYVIEW LOAN SERVICING, LLC; AND SELECT PORTFOLIO SERVICING, INC., WITH PREJUDICE** <br><br> Complaint filed: September 16, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendants Bayview Loan Servicing, LLC ("Bayview") and Select Portfolio Servicing, Inc., ("SPS") from the above captioned action, with prejudice. There are no longer any issues in this matter between Plaintiff, Bayview and SPS to be determined by the Court, and Bayview and SPS are the only remaining defendants.

Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated May 7, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>George H. Haines, Esq., SBN 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: ghaines@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **WOLFE & WYMAN LLP**<br><br>/s/ *Racheal A. Ross*<br>Racheal A. Ross, Esq., SBN 14943<br>6757 Spencer Street<br>Las Vegas, NV 8911<br>Email: raross@ww.law<br><br>*Counsel for Defendant*<br>*Bayview Loan Servicing, LLC* |
| --- | --- |
| **SMITH LARSEN WIXOM LLP**<br><br>/s/ *Kent F. Larsen*<br>Kent F. Larsen, Esq., SBN 3463<br>SMITH LARSEN & WIXOM<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Email: kfl@slwlaw.com<br><br>*Counsel for Defendant*<br>*Select Portfolio Servicing, Inc.* | |

### ORDER GRANTING STIPULATION OF DISMISSAL OF BAYVIEW LOAN SERVICING, LLC; and SELECT PORTFOLIO SERVICING, INC, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED May 8, 2020